# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2019

159390

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CASEY LAVERN OLNEY,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 159390
COA: 343929
Jackson CC: 17-005539-FH

On order of the Court, the application for leave to appeal the March 14, 2019 judgment of the Court of Appeals is considered. We DIRECT the Jackson County Prosecuting Attorney to file a supplemental answer to the application for leave to appeal, within 28 days after the date of this order, addressing the defendant's argument that MCL 768.27c does not apply to preliminary examinations.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2019



Clerk

t0918